# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Richard A. Hafner, | Civil No. 14-3308 (PJS/JJK) |
| Plaintiff, | |
| v. | **ORDER** |
| Roger Baburam, Head of the End of Confinement Review Committee in his Individual and Official Capacity, | |
| Defendant. | |

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated October 6, 2014.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. . 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  10/27/14

                                               s/Patrick J. Schiltz
                                               Patrick J. Schiltz
                                               United States District Judge